**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 08-14850 | Trustee Name: | Randall L. Woodruff |
|---|---|---|---|
| Case Name: | WILSON, DONNA LEE AND WILSON, JOE TOM | Date Filed (f) or Converted (c): | 11/26/2008 (f) |
| For the Period Ending: | 06/30/2015 | §341(a) Meeting Date: | 01/13/2009 |
| | | Claims Bar Date: | 06/08/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  6382 North Lunar Lane  Alexandria  IN 46001  Dining room  living room  kitchen  three bedrooms   2 bathrooms and two car attached garage. | $63,000.00 | $0.00 | OA | $0.00 | FA |
| 2  Hopkins Co Texas family real estate  Co-tenant with two siblings in 155.8 acres of real estate located in Hopkins County  Sulphur Springs TX per deed dated 6/25/1990. His share's fair market value: $47092.00 | $47,092.00 | $42,702.00 | | $0.00 | $47,092.00 |
| 3  Cash on hand | $100.00 | $0.00 | OA | $0.00 | FA |
| 4  Checking account at Independent Federal Credit Union | $135.00 | $0.00 | OA | $0.00 | FA |
| 5  Savings account at Independent Federal Credit Union | $65.00 | $0.00 | OA | $0.00 | FA |
| 6  Household goods and furnishings | $500.00 | $0.00 | OA | $0.00 | FA |
| 7  Wearing apparel | $500.00 | $500.00 | OA | $0.00 | FA |
| 8  Jewelry | $500.00 | $0.00 | OA | $0.00 | FA |
| 9  100 shares of Delphi stock | $14.50 | $0.00 | OA | $0.00 | FA |
| 10  1988 GMC S-15 Truck | $750.00 | $0.00 | OA | $0.00 | FA |
| 11  2002 Cheverolet Impala | $4,670.00 | $0.00 | OA | $0.00 | FA |

**TOTALS (Excluding unknown value)**                          **Gross Value of Remaining Asset**

$117,326.50      $43,202.00      $0.00      $47,092.00

**Major Activities affecting case closing:**

| | |
|---|---|
| 05/25/2015 | Offer to purchase real estate received and under review by Trustee and Special Counsel |
| 06/24/2014 | the Agreement to Partition Real Estate In-Kind between the Trustee and Janet Elaine Wilson was APPROVED by the Court on 05/20/2014 in regard to the real estate located in Hopkins Co., Texas. |
| 02/12/2014 | Special counsel drafting agreement to partition real estate owned by debtor and his sister.  It will be filed with the Bankruptcy Court for approval. |

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 08-14850 | | | Trustee Name: | Randall L. Woodruff |
| Case Name: | WILSON, DONNA LEE AND WILSON, JOE TOM | | | Date Filed (f) or Converted (c): | 11/26/2008 (f) |
| For the Period Ending: | 06/30/2015 | | | §341(a) Meeting Date: | 01/13/2009 |
| | | | | Claims Bar Date: | 06/08/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):   12/08/2009      Current Projected Date Of Final Report (TFR):   12/01/2015      /s/ RANDALL L. WOODRUFF

RANDALL L. WOODRUFF